**Motion granted, appeal reinstated, and Order filed February 3, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00083-CR
_____

**KENIA LASHAN WILKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 339th District Court
Harris County, Texas
Trial Court Cause No. 1536960**

---

## ORDER

Before the court is appellant's to reinstate appeal and grant an extension to file an appellate brief. After filing the motion, appellant filed her brief on January 18, 2022.

The court hereby **GRANTS** appellant's motion, extends her deadline for filing a brief to January 18, 2022, and **REINSTATES** this appeal. The State shall file its brief within **30 days** of the date of this order. To the extent the trial court has not already held the hearing ordered by this court on January 11, 2022, it is no longer required to hold that hearing.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.